UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SYDNEY M. SNYDER,

          Plaintiff,

vs.

BALLY TOTAL FITNESS CORPORATION, a foreign corporation; and JON BECK and "JANE DOE" BECK, and the marital community comprised thereof,

          Defendants.

Case No.   C06-5649KLS

ORDER DIRECTING CLERK OF COURT TO ENTER A STATISTICAL TERMINATION

The Court directs the Clerk to enter the following Minute Order:

Pursuant to the Notice of Commencement of Chapter 11 Cases, this matter will remain in an inactive status for a substantial period of time, therefore, the court hereby orders the Clerk of Court to enter a statistical termination of the case.

Counsel should note that this termination is intended solely to remove this matter from the court's docket of active pending cases in order to alleviate congestion of the court's docket. At such times as the parties deem this litigation to be in a posture to proceed before this court, they shall file a motion to reopen and the matter will proceed. The motion to reopen shall be filed in the above-reference cause number, no additional filing fees are required. For purposes of statutes of limitations, the court deems the filing date of this litigation to be and to remain the original filing date of the above-entitled case.

The foregoing Minute Order entered by Patti Hickey, Judicial Assistant, this 28th day of August, 2007, BY DIRECTION OF THE HONORABLE KAREN L. STROMBOM, U.S. MAGISTRATE JUDGE.