The Honorable Karen L. Strombom

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

SYDNEY M. SNYDER, a single woman, )
)
                              Plaintiff, )   No. 3:06-cv-05649-KLS
)
     v. )   ORDER TO REOPEN CASE
)
BALLY TOTAL FITNESS CORPORATION, a )
foreign corporation; JON BECK AND "JANE )
DOE" BECK, husband and wife, and the marital )
community composed thereof, )
)
                            Defendants. )
)

THIS MATTER having come before the court upon Plaintiff's Motion to Reopen the Case, the court having reviewed said motion and the Declaration of Mark Dietzler submitted with exhibits in support thereof, and the Defendants advising the Court they had no objection to the reopening of the case, and being fully advised in the premises, now, therefore, it is hereby

ORDERED that Plaintiff's Motion to Reopen the Case is hereby granted, and it is further

ORDERED that the parties hereto shall submit a revised COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN on or before February 1, 2008 after which time the court will enter a new ORDER SETTING TRIAL, PRETRIAL DATES, AND ORDERING MEDIATION.

////

ORDER TO REOPEN CASE - 1
Case No. 3:06-cv-05649-KLS

VANDEBERG JOHNSON & GANDARA, LLP
ATTORNEYS AT LAW
1201 PACIFIC AVENUE, SUITE 1900
P.O. BOX 1315
TACOMA, WASHINGTON 98401-1315
(253) 383-3791 (TACOMA)
FACSIMILE (253) 383-6377

Dated this 24th day of January, 2008.

*signature*
Karen L. Strombom
United States Magistrate Judge

Presented by:

VANDEBERG JOHNSON & GANDARA

By _____
   Mark Dietzler, WSBA # 20765
Attorneys for Plaintiff

ORDER TO REOPEN CASE - 2
Case No. 3:06-cv-05649-KLS

VANDEBERG JOHNSON & GANDARA, LLP
ATTORNEYS AT LAW
1201 PACIFIC AVENUE, SUITE 1900
P.O. BOX 1315
TACOMA, WASHINGTON 98401-1315
(253) 383-3791 (TACOMA)
FACSIMILE (253) 383-6377

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER TO REOPEN CASE - 3
Case No. 3:06-cv-05649-KLS

VANDEBERG JOHNSON & GANDARA, LLP
ATTORNEYS AT LAW
1201 PACIFIC AVENUE, SUITE 1900
P.O. BOX 1315
TACOMA, WASHINGTON 98401-1315
(253) 383-3791 (TACOMA)
FACSIMILE (253) 383-6377

F:\16000-16999\16543\16543-00002\PLEADINGS\PROPOSED ORDER TO REOPEN