The Honorable Karen L. Strombom

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SYDNEY M. SNYDER, a single woman, | )<br>) |
| Plaintiff, | ) No. 3:06-cv-05649-KLS<br>) |
| v. | ) STIPULATION FOR AND ORDER OF<br>) DISMISSAL OF DEFENDANTS BECK |
| BALLY TOTAL FITNESS CORPORATION, a foreign corporation; JON BECK AND "JANE DOE" BECK, husband and wife, and the marital community composed thereof, | ) AND AMENDING CASE CAPTION<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

It is hereby stipulated between the parties by and through their attorneys assigned that Defendants Jonathan and Tara Beck shall be dismissed from this action with prejudice and without an award of attorney fees and costs to any party and the caption shall be amended accordingly.

Dated this 30th day of October, 2008

VANDEBERG JOHNSON & GANDARA

By ___s/Mark Dietzler_____
     Mark Dietzler, WSBA # 20765
Attorneys for Plaintiff Sydney Snyder

Dated this 28th day of October, 2008

MERRICK HOFSTEDT & LINDSEY

By ___s/Andrew c. Gauen by Mark Dietzler___
     Andrew C. Gauen, WSBA # 5633
Attorneys for Defendant Bally Total Fitness Corporation

STIPULATION FOR AND ORDER OF DISMISSAL OF
DEFENDANTS BECK AND AMENDING CASE
CAPTION - 1
Case No. 3:06-cv-05649-KLS

VANDEBERG JOHNSON & GANDARA, LLP
ATTORNEYS AT LAW
1201 PACIFIC AVENUE, SUITE 1900
P.O. BOX 1315
TACOMA, WASHINGTON 98401-1315
(253) 383-3791 (TACOMA)
FACSIMILE (253) 383-6377

F:\16000-16999\16543\16543-00002\Pleadings\Beck Stip and Order.doc

| | |
|---|---|
| 1 | Dated this 30th day of October, 2008 |
| 2 | BETTS, PATTERSON, & MINES |

By __s/Steven Goldstein by Mark Dietzler__
   Steven Goldstein, WSBA #11042
Attorneys for Defendants Beck

**THIS MATTER** having come on before the undersigned Judge of the above entitled court, based on the foregoing Stipulation, now, therefore,

**IT IS HEREBY ORDERED** that Defendants Jonathan and Tara Beck shall be dismissed from this action with prejudice and without an award of attorney fees and costs to any party and the caption shall be amended accordingly.

**DATED** this 3rd day of November, 2008.

_Karen L. Strombom_
Karen L. Strombom
United States Magistrate Judge

Presented By:

VANDEBERG JOHNSON & GANDARA

By __s/Mark Dietzler__
   Mark Dietzler, WSBA # 20765
Attorneys for Plaintiff Sydney Snyder

STIPULATION FOR AND ORDER OF DISMISSAL OF DEFENDANTS BECK AND AMENDING CASE CAPTION - 2
Case No. 3:06-cv-05649-KLS

F:\16000-16999\16543\16543-00002\Pleadings\Beck Stip and Order.doc

VANDEBERG JOHNSON & GANDARA, LLP
ATTORNEYS AT LAW
1201 PACIFIC AVENUE, SUITE 1900
P.O. BOX 1315
TACOMA, WASHINGTON 98401-1315
(253) 383-3791 (TACOMA)
FACSIMILE (253) 383-6377