UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SYDNEY M. SNYDER, a single woman,

    Plaintiff,

v.

BALLY TOTAL FITNESS CORPORATION, a foreign corporation,

    Defendant.

CASE NO. C06-5649

ORDER

The matter comes before the Court on the Plaintiff's Amended Motion for Relief from Stay and to Reopen Case (Dkt. 41).   Inasmuch as the Defendant is still in bankruptcy, the request for relief must be presented to the bankruptcy court.  This court does not have jurisdiction to rule on such a motion.

Dated this 22nd day of April 2010.

Karen L. Strombom
United States Magistrate Judge

ORDER     1